IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DWAYNE ALMOND,

                Plaintiff,           JUDGMENT IN A CIVIL CASE

     v.                                     14-cv-174-bbc

WILLIAM POLLARD, DR. BAIRD,
DR. ENDRES, DR. JOHNSON, SECRETARY
MORGAN, WELCOME ROSE CHARLES
FACKTOR and KAREN GOURLIE,

                Defendants.

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed in forma pauperis and dismissing this case with prejudice for plaintiff's failure to state a claim upon which relief may be granted.

/s/                                          4/29/2014

Peter Oppeneer, Clerk of Court            Date